IN the MATTER OF DISCIPLINARY PROCEEDINGS AGAINST
Virginia Rose RAY, Attorney at Law:

OFFICE OF LAWYER REGULATION f/k/a Board of
Attorneys Professional Responsibility,
Complainant,

v.

Virginia Rose RAY, Respondent.

Supreme Court

*Nos. 2001AP1784–D & 2003AP1743–D.*
*—Decided March 16, 2011.*

2011 WI 17

(Also reported in 797 N.W.2d 788.)

275

The referee's findings of fact, conclusions of law, and recommendation are approved and adopted. Therefore,

IT IS ORDERED that the petition for reinstatement is denied;

IT IS FURTHER ORDERED that the file be placed under seal because it contains confidential information; and

IT IS FURTHER ORDERED that within 60 days of the day of this order, Virginia Rose Ray pay to the Office of Lawyer Regulation the costs of this proceeding, which total $30,354.68 as of January 3, 2011.

Crooks, J., concurs in the denial of the petition for reinstatement and dissents from the portion of the order placing the file under seal.